IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__Western__ DIVISION

FILED
JAMES BONINI

2011 DEC -9 AM 11: 05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

Stephen Paul Jarrell
(Enter Above the Name of the Plaintiff in this Action)

vs.

National Personnel Records Center
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

United States Attorney

Attorney General United States

3:11 cv 434

TIMOTHY S. BLACK

SHARON L. OVINGTON

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Stephen Paul Jarrell
Name - Full Name Please - PRINT

485 Caldwell Circle
Street Address

New Carlisle, Ohio 45344
City, State and Zip Code

937-315-5160
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. National Personnel Records Center
   Name - Full Name Please

   1 Archives Drive St. Louis, Missouri 63132-5100
   Address: Street, City, State and Zip Code

2. United States Attorney

   602 Federal Building 200 W. Second Street Dayton, Ohio 45402

3. Attorney General United States

   950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title 5 United States Code, Section 552 (g) 1 (C)
   [Other federal status giving the court subject matter jurisdiction.]

## III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

The National Personnel Records Center is required under 5 USC 552 (g) 1 (C) to maintain accurate and complete records of military personnel, and they have failed in their obligation to do so because my military records produced for my inspection are incomplete and or inaccurate. Records such as my dental entrance examination are blank, all records relating to an assault on me such as the investigation of the assault and treatment are missing, as well as records of my discharge physical examination and others. This failure by the National Personnel Records Center to maintain my complete and accurate military record resulted in an unfair and adverse determination relating to my qualification for disability benefits.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| C-3-94-275 | Stephen Paul Jarrell | vs. U. S. Army |
| | | vs. |
| | | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

The court should restore me to the position I would have been in had the government maintained complete and accurate records of my military service. Specifically, I ask the court to order the government to grant me an honorable discharge with back pay and promotional considerations, or alternatively, to grant me a medical discharge with a service-connected disability or both.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 9 day of December, 20 11.

Stephen Paul Jarrell
Signature of Plaintiff

-4-