# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STEPHEN PAUL JARRELL, | : | |
| | | Case No: 3:11CV434 |
| Plaintiff, | : | |
| | | District Judge Timothy S. Black |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | | |
| NATIONAL PERSONNEL RECORDS CENTER, et al. | : | |
| | : | |
| Defendants. | | |

## PRELIMINARY PRETRIAL CONFERENCE ORDER

In accordance with mandates of Fed. R. Civ. P.26(f), the parties must meet and confer in order to file the 26(f) Report of parties by **May 7, 2012.** Pretrial procedures and forms can be found on our website at www.ohsd.uscourts.gov. The Court will thereafter, pursuant to Rule 16(b), enter a Calendar Order or will set and hold a Scheduling Conference after which a Calendar Order will be issued.

March 6, 2012  
                                                                              s/Sharon L. Ovington  
                                                                                 Sharon L. Ovington  
                                                                  United States Magistrate Judge