IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STEPHEN PAUL JARRELL, :
    Plaintiff, :
v. : Case No. 3:11-CV-434
NATIONAL PERSONNEL
RECORDS CENTER, : JUDGE WALTER H. RICE
    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #27) IN THEIR ENTIRETY; OVERRULING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. #18); SUSTAINING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. #22); JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by Magistrate Judge Ovington in her September 23, 2013, Report and Recommendations (Doc. #27), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety. The Court notes that no objections have been filed within the time allotted.

The Court OVERRULES Plaintiff's Motion for Summary Judgment (Doc. #18), and SUSTAINS Defendant's Motion for Summary Judgment (Doc. #22). The Court concludes that there is no genuine issue of material fact, and Defendant is entitled to judgment as a matter of law on each of Plaintiff's claims.

Judgment will be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: October 23, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE